Barrett v PEG Enters., LLC (2025 NY Slip Op 03491)

Barrett v PEG Enters., LLC

2025 NY Slip Op 03491

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, OGDEN, AND KEANE, JJ.

565 CA 24-00238

[*1]PAUL BARRETT, AS EXECUTOR OF THE ESTATE OF J. PATRICK BARRETT, DECEASED, PLAINTIFF-RESPONDENT,
v
PEG ENTERPRISES, LLC, ED WEIBRECHT, INDIVIDUALLY AND AS A MEMBER OF PEG ENTERPRISES, LLC, DEFENDANTS-APPELLANTS, ET AL., DEFENDANT. 

LAW OFFICE OF JAMES M. BROOKS, LAKE PLACID (JAMES M. BROOKS OF COUNSEL), FOR DEFENDANT-APPELLANT PEG ENTERPRISES, LLC.
YOUNG/SOMMER LLC, ALBANY (J. MICHAEL NAUGHTON OF COUNSEL), FOR DEFENDANT-APPELLANT ED WEIBRECHT, INDIVIDUALLY AND AS A MEMBER OF PEG ENTERPRISES, LLC.
SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (KEVIN E. HULSLANDER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.
GOLDBERG SEGALLA LLP, SYRACUSE (WILLIAM H. HYTHON OF COUNSEL), FOR DEFENDANT GREGORY PEACOCK, INDIVIDUALLY AND AS A MEMBER OF PEG ENTERPRISES, LLC.

 Appeals from an order of the Supreme Court, Onondaga County (Danielle M. Fogel, J.), entered January 11, 2024. The order granted the motion of plaintiff for leave to amend the complaint and denied the cross-motion of defendants for a change of venue. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 12, 2025,
It is hereby ORDERED that said appeals are unanimously dismissed without costs upon stipulation.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court